**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Telephone: (973) 848-4000
Fax: (973) 848-4001
Attorneys for Defendant
L'Oréal USA, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN J. TRZASKA, <br><br> Plaintiff, <br><br> v. <br><br> L'ORÉAL USA, INC. and L'ORÉAL, S.A., <br><br> Defendants. | Civil Action No. 2:15-cv-02713-SDW-SCM <br><br> **DEFENDANT L'ORÉAL USA, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> **Motion Returnable July 6, 2015** <br> **Oral argument is requested** |

**COUNSEL:**

**PLEASE TAKE NOTICE** that on July 6, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant L'Oréal USA, Inc., through its counsel K&L Gates LLP, shall move before the Honorable Susan D. Wigenton, U.S.D.J., at the Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order dismissing with prejudice the Complaint of Plaintiff Steven J. Trzaska pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

1

**PLEASE TAKE FURTHER NOTICE** that Defendant L'Oréal USA, Inc. shall rely upon the supporting Memorandum of Law and the Declaration of Christopher R. Carton.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is supplied herewith.

**K&L GATES LLP**
Attorneys for Defendant
L'Oréal USA, Inc.

s/ Christopher R. Carton
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Telephone: (973) 848-4000
Fax: (973) 848-4001
Email: christopher.carton@klgates.com

Dated: June 5, 2015