**EXHIBIT A**

# TABLE REFLECTING APPLICABILITY OF ARTICLES 8(2), 10(a)(b) AND (c), 15(2) AND 16(3) OF THE HAGUE SERVICE CONVENTION

| States Parties | Art. 8(2) | Art. 10 (a) | Art. 10 (b) | Art. 10 (c) | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|
| Albania | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| Antigua and Barbuda | No opposition | No opposition | Additional information | Additional information | Declaration of applicability | No declaration |
| Argentina | No opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration of applicability |
| Armenia | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| Australia | No opposition | Qualified opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment, except where it is determined otherwise by the Court seized by the matter |
| Bahamas | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| Barbados | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| Belarus | No opposition | No opposition | No opposition | No opposition | No declaration of applicability | No declaration |
| Belgium | Opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| Belize | No opposition | No opposition | No opposition | No opposition | No opposition | No opposition |

# TABLE REFLECTING APPLICABILITY OF ARTICLES 8(2), 10(a)(b) AND (c), 15(2) AND 16(3) OF THE HAGUE SERVICE CONVENTION

| States Parties | Art. 8(2) | Art. 10 (a) | Art. 10 (b) | Art. 10 (c) | Art. 15(2) | Art. 16(3) |
|---|---|---|---|---|---|---|
| Croatia | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| Cyprus | No opposition | No opposition | No opposition | No opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment |
| Czech Republic | Opposition | Opposition | Opposition | Opposition | Declaration of applicability | No declaration |
| Denmark | No opposition | No opposition - Additional information, see practical information chart | No opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of one year following the date of the judgment (additional information, see declarations) |
| Egypt | Opposition | Opposition | Opposition | Opposition | No declaration of applicability | No declaration |
| Denmark | No opposition | No opposition | No opposition | Opposition | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of three years following the date of the judgment |
| Finland | No opposition | No opposition | No opposition | Additional information | No declaration of applicability | No declaration |
| France | Opposition | No opposition | No opposition | Additional information | Declaration of applicability | Declaration that application for relief will not be entertained if it is filed after the expiration of twelve months following the date of the judgment |