**K&L GATES LLP**
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NJ 07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Christopher Carton
christopher.carton@klgates.com

September 22, 2015

T +1 973 848 4052

**Via ECF**

Honorable Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *Trzaska v. L'Oreal USA, Inc., et ano.*, Civil Action No. 2:15-cv-02713 (SDW) (SCM)

Dear Judge Wigenton:

This firm represents Defendant L'Oréal USA, Inc. in the above-referenced action. Pursuant to the request of Your Honor's law clerk, I write to advise that counsel for Plaintiff and Defendant L'Oréal USA, Inc. agree that Plaintiff's Amended Complaint mooted Defendant L'Oréal USA, Inc.'s Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to State a Claim, filed on June 5, 2015 (ECF Document No. 4). We therefore respectfully request that this Motion be terminated as moot on the Court's docket.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Christopher Carton

So Ordered
this ___ day of _____ 2015
Susan D. Wigenton, U.S.D.J.

cc:   Gerard J. Jackson, Esq., Counsel for Plaintiff (via ECF)
      Eric A. Savage, Esq., Counsel for Defendant L'Oréal, S.A. (via ECF)