# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN J. TRZASKA,<br><br>                Plaintiff,<br><br>v.<br><br>L'ORÉAL USA, INC. and L'ORÉAL, S.A.,<br><br>                Defendants. | Civil Action<br>No. 2:15-cv-02713-SDW-SCM<br><br>**ORDER**<br><br><br>October 30, 2015 |

**WIGENTON**, District Judge.

This matter, having come before this Court on Defendant L'Oréal USA, Inc.'s Motion to Dismiss Plaintiff Steven J. Trzaska's First Amended Complaint for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated October 30, 2015,

**IT IS** on this 30th day of October, 2015

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

                                                                            ___/s/ Susan D. Wigenton_____
                                                                       **SUSAN D. WIGENTON**
                                                                       **UNITED STATES DISTRICT JUDGE**

Orig: Clerk
cc:    Steven C. Mannion, U.S.M.J.
        Parties