# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

STEVEN J. TRZASKA,

    Plaintiff,

v.

L'ORÉAL USA, INC. and L'ORÉAL, S.A.,

    Defendants.

Civil Action
No. 2:15-cv-02713-SDW-SCM

**ORDER**

October 30, 2015

**WIGENTON**, District Judge.

This matter, having come before this Court on Defendant L'Oréal S.A.'s Motion to Dismiss Plaintiff Steven J. Trzaska's Complaint and First Amended Complaint for insufficient service of process, pursuant to Federal Rule of Civil Procedure 12(b)(5), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion and Order dated October 30, 2015 (Docket Entries 43 and 44),

**IT IS** on this 30th day of October, 2015

**ORDERED** that Defendant's Motion is **DISMISSED AS MOOT** and Plaintiff's Claims against Defendant are **DISMISSED** for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

                                                            /s/ Susan D. Wigenton
                                                          **SUSAN D. WIGENTON**
                                                          **UNITED STATES DISTRICT JUDGE**

Orig: Clerk
cc: Steven C. Mannion, U.S.M.J.
Parties