UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (NEWARK VICINAGE)

| | | |
|---|---|---|
| STEVEN J. TRZASKA, | : | CIVIL ACTION |
| Plaintiff, | : | No. 2: 15-cv-02713-SDW-SCM |
| v. | : | JUDGE: Judge Susan D. Wigenton |
| L'OREAL USA, INC. and L'OREAL, S.A., | : | Notice of Appeal to the U.S. Court |
| Defendants. | : | of Appeals for the Third Circuit |

Notice is hereby given that Steven J. Trzaska appeals to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court for the District of New Jersey, entered in this action on October 30, 2015, a copy of which is attached.

Dated: November 20, 2015

_____
**Daniel Bencivenga, Esquire for
Plaintiff/Appellant Steven J. Trzaska**

Raynes McCarty
One Greentree Center, Suite 201
10,000 Lincoln Drive East
Marlton, NJ 08053
*Address*

856-854-1556
*Telephone*

dbbencivenga@raynesmccarty.com
*E-mail Address*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN J. TRZASKA,<br><br>        Plaintiff,<br><br>v.<br><br>L'ORÉAL USA, INC. and L'ORÉAL, S.A.,<br><br>        Defendants. | Civil Action<br>No. 2:15-cv-02713-SDW-SCM<br><br>**ORDER**<br><br>October 30, 2015 |

**WIGENTON**, District Judge.

This matter, having come before this Court on Defendant L'Oréal USA, Inc.'s Motion to Dismiss Plaintiff Steven J. Trzaska's First Amended Complaint for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated October 30, 2015,

**IT IS** on this 30th day of October, 2015

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

                                                  /s/ Susan D. Wigenton
                                                  **SUSAN D. WIGENTON**
                                                  UNITED STATES DISTRICT JUDGE

Orig:  Clerk
cc:     Steven C. Mannion, U.S.M.J.
        Parties

# CERTIFICATE OF SERVICE

I, Daniel Bencivenga, Esquire, counsel for plaintiff Steve J. Trzaska, hereby certify on November 20, 2015 that a true and correct copy of the foregoing Notice of Appeal has been electronically filed with the United States District Court for the District of New Jersey's ECF system. I certify that the following counsel are registered as an ECF Filer and that they will be served by the EM/CEF system:

Christopher R. Carton, Esquire
George Peter Barbatsuly, Esquire
Laura Scully, Esquire
K&L GATES LLP
One Newark Center
10th Floor
Newark, NJ 07102
**Counsel for Defendant L'Oréal USA, Inc.**

Eric A. Savage, Esquire
Littler Mendelson, PC
One Newark Center
Eighth Floor
Newark, NJ 07102-5311
**Counsel for Defendant L'Oréal, S.A.**

_____
Daniel Bencivenga, Esquire