**K&L GATES**

April 16, 2018

Rosemary Alito
rosemary.alito@klgates.com

T +1 973 848 4022
F +1 973 848 4001

**Via ECF and FedEx**
Hon. Lena Dunn Wettre
Magistrate Judge
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:     *Trzaska v. L'Oréal USA, Inc., et ano*, Civil Action No. 2:15-cv-2713-MCA-LDW

Dear Judge Wettre:

This firm represents Defendant L'Oréal USA, Inc. ("Defendant") in this matter. Pursuant to Your
Honor's March 13, 2018 order (Document No. 84), Defendant advises the Court that its Motion
to Seal Materials filed July 22, 2015 (Document No. 18) is pending. An opposition memorandum
(Document No. 23) as well as a reply memorandum (Document No. 29) were submitted
therewith. In accordance with Your Honor's Judicial Preferences, I enclose two courtesy copies
of the fully briefed Motion.

Thank you for Your Honor's consideration.

Respectfully submitted,

Rosemary Alito

Enclosures (2)

cc:     Counsel of Record (via ECF only; without enclosures)

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000   F +1 973 848 4001   klgates.com

Anthony P. La Rocco, Administrative Partner, New Jersey
301825160 v1

klgates.com