# K&L GATES

January 18, 2019

**VIA ECF**

Hon. Lena Dunn Wettre
Magistrate Judge
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Rosemary Alito
rosemary.alito@klgates.com

T +1 973 848 4022
F +1 973 848 4001

Re:  *Trzaska v. L'Oréal USA, Inc., et ano*, Civil Action No. 2:15-cv-2713-SDW-LDW

Dear Judge Wettre:

This firm represents Defendant L'Oréal USA, Inc. ("L'Oréal USA") in this matter. Jointly with Defendant L'Oréal SA, we submit this letter motion to request respectfully a 60-day extension of the fact discovery deadline, from January 31, 2019 through April 1, 2019, as well as an adjournment of the settlement conference currently scheduled for February 8, 2019. The April 25, 2018 Pretrial Scheduling Order originally set the fact discovery deadline for October 31, 2018, which Your Honor extended through January 31, 2019 in an October 16, 2018 Amended Scheduling Order following a telephone conference with the parties. Plaintiff's counsel has consented to this application.

Extension of the deadline for fact discovery is sought as additional time is needed to complete the depositions of five witnesses in this complex, attorney-whistleblower CEPA case. Despite the parties' best efforts, dates when everyone was available for these depositions could not be found after the parties substantially completed written discovery in late 2018. Four of the five witnesses are high-level executives at L'Oréal USA or L'Oréal SA with extremely limited availability, which must be coordinated with the schedules of almost a dozen attorneys, both outside and inside. The parties have identified mutually convenient dates in February 2019 for two of the remaining five depositions and are actively engaged in finding such dates for the other three.

In addition, we respectfully seek an adjournment of the settlement conference due to scheduling conflicts. A series of out-of-state management meetings for my firm, in which my involvement is necessary, was recently extended through February 8. In addition, L'Oréal USA is not available on that day due to a conference in another litigation in-house counsel was asked to attend on the company's behalf.

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000   F +1 973 848 4001   klgates.com

Anthony P. La Rocco, Administrative Partner, New Jersey
302901671 v1

2

Thank you for Your Honor's consideration of this motion.

Respectfully submitted,

*[signature]*

Rosemary Alito

cc:     Counsel of Record (*via ECF*)

302901671 v1                                                                                                                April 9, 2018